**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Duckson, Carlson, Bassinger & Mitchell, LLC,

Plaintiff,

v.

The Lake Bank, N.A., f/k/a Commercial State Bank of Two Harbors, N.A., Commercial State Bancorporation, and Superior Financial Holding Corporation,

Defendants and Third-Party Plaintiffs,

v.

Todd A. Duckson, John Doe and Mary Roe,

Third-Party Defendants.

Case No. 01-CIV-361 JMR/RLE

**STIPULATED ORDER FOR WITHDRAWAL OF RULE 11 MOTION FROM PLEADINGS ATTACHED TO NOTICE OF REMOVAL**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff, third-party defendant Todd A. Duckson, defendants, and third-party plaintiffs, through their respective counsel, that the February 15, 2001, Notice of Motion, Motion, Memorandum in Support of Motion, supporting affidavits, and proposed order filed with the notice of removal by plaintiff in compliance with 28 U.S.C. 1446(a) may be withdrawn without prejudice to the timely and proper filing of their notice to remove.

FILED APR - 9 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 3-26-01

Robert E. Salmon #123031
Erica Gutmann Strohl #279626
Meagher & Geer, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

and

Dated: 3/27/01

Ralph Mitchell #184639
Duckson & Carlson
10 South Fifth Street, Suite 300
Minneapolis, MN 55402
(612) 317-9745

*Attorneys for plaintiff and third-party defendants*

Dated: 3/27/01

David Sasseville # 106641
J.H. Strothman # 156000
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3211

*Attorneys for defendants and third-party plaintiffs*

**ORDER**

BASED UPON THE FOREGOING STIPULATION, it is hereby ordered that plaintiff's February 15, 2001, Notice of Motion, Motion, Memorandum in Support of Motion, supporting affidavits, and proposed order are withdrawn and will be sent by the clerk's office to plaintiff's counsel of record.

BY THE COURT:

Dated: April 5, 2001

Judge of District Court

868528